# Order

Michigan Supreme Court
Lansing, Michigan

November 25, 2008

Clifford W. Taylor,
Chief Justice

137080

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                      SC: 137080
                                      COA: 276080

RONALD ALBERT VANDEBERG,
      Defendant-Appellant.
                                      Ottawa CC: 06-029985-FH

_____/

On order of the Court, the application for leave to appeal the June 26, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2008

_____
Clerk

d1117